IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MEGHANAS MILLARD GATLING,                                      PLAINTIFF
ADC #650850

v.                          3:21CV00134-JM-JTK

LARUA CLEVELAND, et al.                                       DEFENDANTS

## ORDER

Gatling has not responded to the Court's July 16, 2021 Order directing him/her to pay the $402 filing fee for this action or file a Motion to Proceed in forma pauperis, within thirty days (Doc. No. 2).  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of August, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
   It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .