IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MEGHANAS MILLARD GATLING,                                                    PLAINTIFF
ADC #650850

v.                                      3:21CV00134-JM-JTK

LARUA CLEVELAND, et al.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 27th day of August, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE